IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ALBERT BRYANT,

    Plaintiff,

v.                                       CASE NO.  4:05cv57-RH/WCS

LIBERTY WILDERNESS
CROSSROADS CAMP, INC.,

    Defendant.

_____/

## ORDER GRANTING LEAVE TO AMEND ANSWER

Defendant's motion (document 12) for leave to file an amended answer and affirmative defenses, to which no response has been filed, is GRANTED. The amended answer is deemed filed as of this date.

SO ORDERED this 27th day of June, 2005.

                                       s/Robert L. Hinkle
                                       Chief United States District Judge